CHARLES WINGROVE V. JAMES S. STERLING, *Sheriff*, &c.

AT the May Term, 1879, of the district court of Clay county, *Sterling,* sheriff of said county, as defendant, had judgment against *Wingrove,* as plaintiff, who brings the case here.

*C. M. Kellogg,* for plaintiff in error.

*E. H. Wyatt,* for defendant in error.

*Per Curiam:* As the tax warrant in the hands of the defendant against the property of the plaintiff is not shown to be illegal, and as no personal property is exempt from levy and sale for taxes, the judgment will be affirmed. (Comp. Laws 1879, p. 438, § 5.)